UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 10 ᴀ 3 19

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

VALERIA PANGANIBAN, et al.
    Plaintiff

vs.

CIVIL NO. 97-2589 (JP)

THE WESTIN RIO MAR BEACH RESORT
& COUNTRY CLUB, et al.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 19, 1998<br>Docket: #27<br>[X] Plffs [ ] Defts<br>Title: Motion Requesting Reconsideration as to Order Granting Summary Judgment for Defendants | **DENIED.** Plaintiff failed to file their response to Defendant's Motion for Summary Judgment on or before August 7, 1998 as ordered by the Court (docket No. 19). |

Date: 9/9/99

By: /s/ JAIME PIERAS, JR.
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    #28